Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  19–11410–MBK
                    Chapter:  7
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey Bodnar
   44 Aylin Street
   Metuchen, NJ 08840

Social Security No.:
   xxx–xx–0291

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 18, 2019
JAN: wir

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey Bodnar  
      Debtor

Case No. 19-11410-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 18, 2019  
                      Form ID: 148      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
```
db             +Jeffrey Bodnar,    44 Aylin Street,    Metuchen, NJ 08840-1226
cr             +Ford Motor Credit Company LLC., servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517983581      +Middlesex County Sheriff Department,    701 Livingston Avenue,    New Brunswick, NJ 08901-3345
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 01:20:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 01:20:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517985534      +EDI: RMSC.COM Mar 19 2019 04:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517983582       EDI: USBANKARS.COM Mar 19 2019 04:48:00      US Bank, NA,    PO Box 5229,    Cincinnati, OH 45201
                                                                                               TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
```
              Adrian J Johnson    on behalf of Debtor Jeffrey  Bodnar ajohnson@johnsonlegalpc.com,
               outsourcedparalegal@gmail.com;evanfullerlaw@gmail.com,bmiranda@bmirandalaw.com
              Denise E. Carlon    on behalf of Creditor    U.S Bank National Association et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB
               EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association et al ...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```