UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Ford Motor Credit Company LLC, servicer for CAB EAST LLC
Our File No.: 48263
JM-5630

In Re:

Jeffrey Bodnar

Order Filed on March 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-11410 |
| Hearing Date: | 3-18-2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of __Ford Motor Credit Company LLC, serv. for Cab East LLC__, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2016 Ford Escape
    Vehicle Identification Number
    1FMCU0G7XGUB10217

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-11410-MBK
Jeffrey Bodnar                                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db              +Jeffrey Bodnar,    44 Aylin Street,    Metuchen, NJ 08840-1226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              Adrian J Johnson    on behalf of Debtor Jeffrey  Bodnar ajohnson@johnsonlegalpc.com,
               outsourcedparalegal@gmail.com;evanfullerlaw@gmail.com,bmiranda@bmirandalaw.com
              Denise E. Carlon    on behalf of Creditor    U.S Bank National Association et al ...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association et al ...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6